**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Humberto GUILLEN–RIVERA,**
**Defendant–Appellant.**

**No. 10–14796**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2011.

J. Bishop Ravenel, Nicole M. Andrejko, Peggy Morris Ronca, Assistant U.S. Attorney, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Tim R. Hartung, Attorney at Law, Orlando, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Timothy R. Hartung, appointed counsel for Carlos Humberto Guillen–Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Guillen–Rivera's convictions and sentences are **AFFIRMED.** This case is **REMANDED** to the district court, however, for the limited purpose of correcting the clerical error in the written judgment. The statutes should read 26 U.S.C. §§ 5861(d) and 5871.